THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
HYMAN DONNENFELD, Respondent.

*Crimes — obtaining property and credit by false statement in writing —
judgment of conviction properly reversed.*

*People* v. *Donnenfeld*, 198 App. Div. 918, affirmed.
(Argued February 2, 1922; decided February 28, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 17, 1921, which reversed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of the crime of obtaining property and credit by the use of a false statement in writing in violation of section 1293-b of the Penal Law, and discharged the defendant.

*John E. Ruston, District Attorney (Harry G. Anderson* and *John Francis Moore* of counsel), for appellant.

*Samuel D. Johnson* and *Alvin C. Cass* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.